**Stephen RUSSELL, Appellant,**

v.

**Steven TAIT, Personal Representative for the Estate of Cheryl Diane Hepworth, Respondent.**

**WD 79578**

Missouri Court of Appeals, Western District.

ORDER FILED: April 25, 2017

Joshua A. Sanders, Independence, MO, for appellant.

Michael E. McCausland, Kansas City, MO, for respondent.

Before Division Four: Mark D. Pfeiffer, Chief Judge, Presiding, Thomas H. Newton, Judge and Gary D. Witt, Judge

### ORDER

Per curiam

Appellant Stephen Russell ("Russell") appeals from summary judgment entered in favor of Respondent Steven Tait ("Tait"), as personal representative for the Estate of Cheryl Diane Hepworth, on Russell's petition arising from the shooting death of Russell's son. We affirm. A memorandum setting forth the reasons for this order has been provided to the parties. Rule 84.16(b).